UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANUEL MONTERO-MONTERO, et al.,

                            Plaintiffs,                          **ORDER**
                                                                                         CV 07-2881 (JFB) (ARL)

     -against-

COUNTY OF SUFFOLK, et al.,

                            Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated June 10, 2008, the plaintiffs seek an order extending the June 16, 2008 deadline for the commencement of motion practice for the joinder of additional parties or for the amendment of pleadings and to extend the July 16, 2008 deadline for the completion of all discovery. Plaintiffs do not state how much additional time is required. Plaintiffs also seek an order compelling the defendants to identify the Suffolk County Police officers involved with this matter or, at least provide a duty roster for the date and time of the incident alleged in the complaint as well as to provide an automatic disclosure that identifies witnesses and documents. The application is unopposed.

      The application is granted in part. Defendants are directed to identify the Suffolk County Police officers involved with the incident alleged in the complaint and to provide automatic disclosures in compliance with Federal Rule of Civil Procedure 26(a)(1)(A). The request to extend the deadlines for joinder of parties, amendment of pleadings and the completion of discovery is denied with leave to renew. Plaintiff's renewed application should propose new deadlines. Depositions are to be deferred until all parties are joined.

Dated: Central Islip, New York          **SO ORDERED:**
       June 24, 2008

                                                         /s/
                                               _____
                                               ARLENE ROSARIO LINDSAY
                                               United States Magistrate Judge